Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Sarah M Jackson** | : | Case No. 18−20905−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related Dkt. No. 96 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 6th of July, 2022,*** after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, *without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20905-GLT |
| Sarah M Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sarah M Jackson, 519 Sycamore Street, Vandergrift, PA 15690-1429 |
| 14789022 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 14807058 | + | Borough of Vandergrift, 109 Grant Avenue, Vandergrift, PA 15690-1207 |
| 14789024 | + | Coll Svc Ctr, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14868386 | + | First Commonwealth Bank, A/O AAS Debt Recovery Inc., 2526 Monroeville Blvd. Suite 205, Monroeville, PA 15146-2371 |
| 14807068 | + | Med Express, PO Box 7964, Belfast, ME 04915-7900 |
| 14807069 | | North Apollo Health Clinic, 1903 Acheson Ave, Herminie, PA 15637 |
| 14789030 | + | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14807071 | + | Quest Diagnostics, P.O. Box 64892, Baltimore, MD 21264-4892 |
| 14789031 | + | Regency Finance Co, 270 Tarentum Bridge Rd S, New Kensington, PA 15068-4694 |
| 14807079 | + | Tmobile, 3625 132nd Ave SE, Bellevue, WA 98006-1325 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 06 2022 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14807061 | + | Email/Text: documentfiling@lciinc.com | Jul 06 2022 23:54:00 | Comcast, Po Box 3001, Southeastern, PA 19398-3001 |
| 14789025 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 23:54:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14789026 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2022 23:54:00 | Comenitycb/gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14807064 | + | Email/Text: psnyder@fcbanking.com | Jul 06 2022 23:54:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 14789027 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 07 2022 00:08:07 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14789028 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 06 2022 23:54:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14830804 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 06 2022 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14789023 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2022 23:57:20 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14833980 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 06 2022 23:54:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 15425645 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 18-20905-GLT   Doc 98   Filed 07/08/22   Entered 07/09/22 00:29:55   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 06 2022 23:54:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14807067 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 06 2022 23:54:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14789029 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 06 2022 23:54:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14789739 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 07 2022 00:08:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14808394 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 06 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14809815 | + | Email/Text: ebnpeoples@grblaw.com | Jul 06 2022 23:54:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14789032 | | Email/PDF: cbp@onemainfinancial.com | Jul 06 2022 23:57:42 | Springleaf Financial S, 601 Nw 2nd St, Evansville, IN 47708 |
| 14789033 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 23:57:44 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14789034 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:08:06 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14789035 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:08:07 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14789036 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2022 23:57:44 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14789037 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2022 00:08:07 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14801874 | | Email/PDF: ebn_ais@aisinfo.com | Jul 06 2022 23:57:53 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14826324 | ^ | MEBN | Jul 06 2022 23:52:49 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14789038 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 06 2022 23:54:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14807057 | *+ | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 14807060 | *+ | Coll Svc Ctr, 839 5th Ave, New Kensington, PA 15068-6303 |
| 14807062 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14807063 | *+ | Comenitycb/gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14807065 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14807066 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14807059 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14807070 | *+ | Plaza Home Mtg/dovenmu, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 14807072 | *+ | Regency Finance Co, 270 Tarentum Bridge Rd S, New Kensington, PA 15068-4694 |
| 14807073 | *P++ | SPRINGLEAF FINANCIAL SERVICES, P O BOX 3251, EVANSVILLE IN 47731-3251, address filed with court:, Springleaf Financial S, 601 Nw 2nd St, Evansville, IN 47708 |
| 14807074 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |

Case 18-20905-GLT   Doc 98   Filed 07/08/22   Entered 07/09/22 00:29:55   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 36 |

| | | |
| --- | --- | --- |
| 14807075 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14807076 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14807077 | *+ | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14807078 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14807080 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 1 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| James A. Prostko | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com |
| Lawrence W. Willis | on behalf of Debtor Sarah M Jackson ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |

TOTAL: 8