**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SARAH M JACKSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:18-20905 GLT <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/09/2018 and confirmed on 05/17/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,003.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,003.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,101.00 | |
|     Trustee Fee | 1,280.40 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,381.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 21,653.96 | 0.00 | 21,653.96 |
|     Acct: 4246 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 6,902.01 | 740.78 | 0.00 | 740.78 |
|     Acct: 4246 | | | | |
| | | | | 22,394.74 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SARAH M JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,101.00 | 3,101.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 1,500.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX4-21 | | | | |
|   PA DEPARTMENT OF REVENUE* | 789.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9406 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 713.04 | 0.00 | 713.04 |
| Acct: 5068 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 513.82 | 513.82 | 0.00 | 513.82 |
| Acct: XXXXXXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 1,226.86 |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK** | 278.97 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| BOROUGH OF VANDERGRIFT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6615 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8FVA | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,312.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7096 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9742 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3230 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3003 | | | | |
| MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH APOLLO HEALTH CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PLAZA HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1447 | | | | |
| QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REGENCY FINANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6201 | | | | |
| SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2896 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8931 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6466 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3582 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9162 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0327 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 1,223.16 | 0.00 | 0.00 | 0.00 |
| Acct: 7370 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8343 | | | | |
| PA DEPARTMENT OF REVENUE* | 42.74 | 0.00 | 0.00 | 0.00 |
| Acct: 9406 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 436.61 | 0.00 | 0.00 | 0.00 |
| Acct: 3159 | | | | |
| UPMC PHYSICIAN SERVICES | 783.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9406 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3992 | | | | |

18-20905 GLT    **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 2 of 3

| 18-20905 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 23,621.60 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        1,303.59
SECURED         6,902.01
UNSECURED       4,077.01

Date: 09/21/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com