# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-20905** |
| **Sarah M Jackson** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | |
| **Sarah M Jackson** | **Date and Time of Hearing** |
| **Justin A Jackson** | **February 8, 2023 at 09:30 a.m.** |
| | |
| **Ronda J. Winnecour** | **Place of Hearing** |
| **Movant,** | **5490 U.S. Steel Tower** |
| **vs** | **600 Grant Street** |
| | **Pittsburgh, PA 15219** |
| **Nationstar Mortgage LLC** | |
| **Respondents.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION TO REOPEN

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than January 23, 2023 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on February 8, 2023, at 09:30 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to a scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures,* (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

23-000092_JMR

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: __01/06/2023_____

/s/Stephen R. Franks
Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

23-000092_JMR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 18-20905** |
| **Sarah M Jackson** | **:** | **Chapter 13** |
| | **:** | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | **:** | ********************* |
| | **:** | |
| **Sarah M Jackson** | **:** | **Date and Time of Hearing** |
| **Justin A Jackson** | **:** | **February 8, 2023 at 09:30 a.m.** |
| | **:** | |
| **Ronda J. Winnecour** | **:** | **Place of Hearing** |
| **Movant,** | **:** | **5490 U.S. Steel Tower** |
| **vs** | **:** | **600 Grant Street** |
| | **:** | **Pittsburgh, PA 15219** |
| **Nationstar Mortgage LLC** | **:** | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE REGARDING MOTION TO REOPEN

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __01/06/2023__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __01/06/2023__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__0075345__
List Bar I.D. and State of Admission

23-000092_JMR

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lawrence W. Willis, Attorney for Debtor and/or Co-Debtor, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA  15235, ecf@westernpabankruptcy.com (notified by ecf)

Sarah M Jackson and Justin A Jackson, Debtor and/or Co-Debtor, 519 Sycamore Street, Vandergrift, PA  15690 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219 (notified by regular US Mail)

23-000092_JMR