# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20905** |
| **Sarah M Jackson** | : | **Chapter 13** |
| | : | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document # 112** |
| **Movant,** | : | |
| vs | : | **Date and Time of Hearing** |
| | : | **March 8, 2023 at 09:30 a.m.** |
| **Sarah M Jackson** | : | |
| **Justin A Jackson** | : | |
| **Ronda J. Winnecour** | : | |
| **Respondents.** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION TO RELEASE FUNDS (DOCUMENT NO. 112)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion to Release Funds ("Motion") filed on January 16, 2023 at Document No. 112 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 2, 2023.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Stephen R. Franks

Stephen R. Franks, Esquire (0075345)
Adam B. Hall (323867)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

23-000092_JMR

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

23-000092_JMR

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 18-20905** |
| **Sarah M Jackson** | **:** | **Chapter 13** |
| | **:** | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | **:** | * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| **Nationstar Mortgage LLC** | **:** | **Related Document # 112** |
| **Movant,** | **:** | |
| **vs** | **:** | **Date and Time of Hearing** |
| | **:** | **March 8, 2023 at 09:30 a.m.** |
| **Sarah M Jackson** | **:** | |
| **Justin A Jackson** | **:** | |
| **Ronda J. Winnecour** | **:** | |
| **Respondents.** | **:** | |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE MOTION RELEASE FUNDS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __02/06/2023__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __02/06/2023__

By: __/s/Stephen R. Franks__
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

23-000092_JMR

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Lawrence W. Willis, Attorney for Debtor and/or Co-Debtor, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA  15235, ecf@westernpabankruptcy.com (notified by ecf)

Sarah M Jackson and Justin A Jackson, Debtor and/or Co-Debtor, 519 Sycamore Street, Vandergrift, PA  15690 (notified by regular US Mail)

Office of U.S. Attorney, Party of Interest, U.S. Court House, 700 Grant Street, Suite 4000, Pittsburgh, PA  15219 (notified by regular US Mail)

23-000092_JMR