**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-20905** |
| **Sarah M Jackson** | : **Chapter 13** |
| | : **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                Respectfully submitted,

                /s/ Stephen R. Franks
                Stephen R. Franks, Esquire (0075345)
                Adam B. Hall (323867)
                Edward H. Cahill (0088985)
                Manley Deas Kochalski LLC
                P.O. Box 165028
                Columbus, OH  43216-5028
                Telephone: 614-220-5611
                Fax: 614-627-8181
                Attorneys for Creditor
                The case attorney for this file is Stephen R. Franks.
                Contact email is srfranks@manleydeas.com

23-000092_PS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-20905** |
| **Sarah M Jackson** | : **Chapter 13** |
| | : **Judge Gregory L. Taddonio** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 30, 2023.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Lawrence W. Willis, Attorney for Sarah M Jackson, ecf@westernpabankruptcy.com

Service by First-Class Mail:
Sarah M Jackson and Justin A Jackson, 519 Sycamore Street, Vandergrift, PA  15690


EXECUTED ON: June 30, 2023

By: /s/ Stephen R. Franks
Signature
Stephen R. Franks, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
0075345
List Bar I.D. and State of Admission

23-000092_PS