**Fill in this information to identify the case:**

Debtor 1  Sarah M Jackson

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of PENNSYLVANIA

Case number 18-20905-GLT

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC         **Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 1442

**Date of payment change:** 4/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $513.82
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____

   **Current escrow payment:** $142.83            **New escrow payment:** $220.84

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____

   **Current interest rate:**                **New interest rate:**

   **Current principal and interest payment:**     **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**              **New mortgage payment:**

Debtor 1 <u>Sarah M Jackson</u>
      Print Name   Middle Name   Last Name

Case number *(if known)* <u>18-20905-GLT</u>

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Erin Elam</u>    Date  <u>2/26/2021</u>
   Signature

Print    <u>Erin Elam</u>    Title  <u>Authorized Agent for Creditor</u>
     First Name   Middle Name   Last Name

Company    <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address    <u>130 Clinton Rd #202</u>
     Number   Street

<u>Fairfield NJ 7004</u>
City   State   ZIP Code

Contact Phone  <u>470-321-7112</u>    Email  <u>eelam@raslg.com</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 26, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Sarah M Jackson
519 Sycamore Street
Vandergrift, PA 15690

And via electronic mail to:

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Esther Kudron
ekudron@raslg.com

**Lakeview LOAN SERVICING, LLC** subservicing by LoanCare

P.O. Box 8068 | Virginia Beach, VA 23450

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

SARAH M JACKSON
C/O LAWRENCE W. WILLIS ATTY
201 PENN CENTER BLVD STE 400
PITTSBURGH PA 15235-5441

**Statement Date:** 01/25/2021

## Annual Escrow Account Disclosure Statement

| | |
|---|---|
| Loan Number: | |
| Review Period: | 04/2020 to 03/2021 |
| **Escrow Surplus/Shortage:** | **$-649.43** |

## Current Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $292.98 |
| Escrow (Taxes and/or Insurance): | $140.19 |
| Prorated Shortage: | $27.26 |
| **Total Monthly Payment:** | **$460.43** |

## New Mortgage Payment

| | |
|---|---|
| Principal and/or Interest: | $292.98 |
| Escrow (Taxes and/or Insurance): | $166.72 |
| Prorated Shortage: | $54.12 |
| **Total New Monthly Payment:** | **$513.82** |
| Effective Due Date: | 04/01/2021 |

## Contact Us

**Customer Service/Pay-by-Phone**
1.800.509.0183*
*Calls are randomly monitored and recorded to ensure quality service.*

**Hours**
Monday - Friday: 8 a.m. to 10 p.m. EST
Saturday: 8 a.m. to 3 p.m. EST
**Website:**
www.LakeviewLoanServicing.MyLoanCare.com

**Autodraft Customers:** If your mortgage payment amount has changed, we'll adjust your payment for you.

**Online Bill Payment Customers:** If your mortgage payment amount has changed, you will need to contact your financial services provider to adjust your payment.

## Account History

The following statement of activity in your escrow account from 04/2020 through 03/2021 displays actual activity as it occurred in your escrow account during that period. If your loan was transferred by another mortgage servicer, the prior projection information may not be included below.

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $917.20 | $-1,885.32 |
| April | Deposit | $140.19 | $0.00 | $1,057.39 | $1,885.32 |
| April | MIP/PMI Disbursement | $39.12 | * | $1,018.27 | $1,885.32 |
| April | City Tax Disbursement | $236.20 | * | $782.07 | $1,885.32 |
| April | MIP/PMI Disbursement | | $39.12* | $782.07 | $1,924.44 |
| May | Deposit | $140.19 | $138.05* | $922.26 | $1,786.39 |
| May | MIP/PMI Disbursement | $39.12 | * | $883.14 | $1,786.39 |
| May | Hazard Insurance Disbursement | $681.00 | $1,007.00* | $202.14 | $2,793.39 |
| May | MIP/PMI Disbursement | | $39.12* | $202.14 | $2,832.51 |
| June | Deposit | $140.19 | $276.10* | $342.33 | $2,556.41 |
| June | MIP/PMI Disbursement | $39.12 | $39.12 | $303.21 | $2,595.53 |
| July | Deposit | $140.19 | $0.00 | $443.40 | $2,595.53 |
| July | MIP/PMI Disbursement | $39.12 | * | $404.28 | $2,595.53 |
| July | MIP/PMI Disbursement | | $38.22* | $404.28 | $2,633.75 |
| August | Deposit | $140.19 | $443.55* | $544.47 | $2,190.20 |
| August | MIP/PMI Disbursement | $39.12 | * | $505.35 | $2,190.20 |
| August | MIP/PMI Disbursement | | $38.22* | $505.35 | $2,228.42 |
| August | Other Tax Disbursement | | $296.31* | $505.35 | $2,524.73 |
| September | Deposit | $140.19 | $167.45* | $645.54 | $2,357.28 |
| September | MIP/PMI Disbursement | $39.12 | * | $606.42 | $2,357.28 |
| September | Other Tax Disbursement | $295.73 | * | $310.69 | $2,357.28 |
| September | MIP/PMI Disbursement | | $38.22* | $310.69 | $2,395.50 |
| October | Deposit | $140.19 | $167.45* | $450.88 | $2,228.05 |
| October | MIP/PMI Disbursement | $39.12 | * | $411.76 | $2,228.05 |
| October | MIP/PMI Disbursement | | $38.22* | $411.76 | $2,266.27 |

*See reverse side for additional important information.*

SARAH M JACKSON
C/O LAWRENCE W. WILLIS ATTY
201 PENN CENTER BLVD STE 400
PITTSBURGH PA 15235 5441

*Please return this portion with your payment.*
Loan Number:

| Shortage Amount | |
|---|---|
| Due by 04/01/2021 | $-649.43 |

| Shortage Payment Submitted - Payment Will Be | Shortage Payment Not Submitted - Payment Will Be |
|---|---|
| $459.70 | $513.82 |

**Please make checks payable to:**

LAKEVIEW LOAN SERVICING, LLC
PO BOX 37628
PHILADELPHIA, PA 19101-0628

If you prefer to pay your escrow shortage of $ 649.43 in lump sum, please make your check payable to Lakeview Loan Servicing, LLC and return this coupon. Your new mortgage payment would then be $459.70. Please include your loan number on your check, and send to: Lakeview Loan Servicing, LLC, **P.O. Box 37628, Philadelphia, PA 19101-0628** .

## Account History

| Month | Activity | Projected Amount | Actual Amount | Projected Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| November | Deposit | $140.19 | $167.45* | $551.95 | $ 2,098.82 |
| November | MIP/PMI Disbursement | $39.12 | * | $512.83 | $ 2,098.82 |
| November | MIP/PMI Disbursement |  | $38.22* | $512.83 | $ 2,137.04 |
| December | Deposit | $140.19 | $334.90* | $653.02 | $ 1,802.14 |
| December | MIP/PMI Disbursement | $39.12 | * | $613.90 | $ 1,802.14 |
| December | MIP/PMI Disbursement |  | $38.22* | $613.90 | $ 1,840.36 |
| January | Deposit | $140.19 | $2,265.55*E | $754.09 | $425.19 |
| January | MIP/PMI Disbursement | $39.12 | *E | $714.97 | $425.19 |
| January | Deposit |  | $0.00 | $714.97 | $425.19 |
| January | MIP/PMI Disbursement |  | $38.22* | $714.97 | $386.97 |
| February | Deposit | $140.19 | $142.83*E | $855.16 | $529.80 |
| February | MIP/PMI Disbursement | $39.12 | $38.22*E | $816.04 | $491.58 |
| March | Deposit | $140.19 | $142.83*E | $956.23 | $634.41 |
| March | MIP/PMI Disbursement | $39.12 | $38.22*E | $917.11 | $596.19 |
|  | Total Deposits | $1,682.28 | $4,246.16 |  |  |
|  | Total Disbursements | $1,682.37 | $1,764.65 |  |  |
|  | Account Balance as of 03/31/2021 |  |  |  | $596.19 |

An asterisk (*) appearing next to the amount indicates a difference from projected activity either in the amount or the date. The letter "E" next to an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur on the date shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $1,682.37. Your lowest monthly mortgage loan balance should not have exceeded $202.14, which is either 1/6 (also equal to no more than two months) of the total projected payments from the account as required by federal law or the reasonable amount required by state law or the amount required by the mortgage contract. Your actual lowest monthly balance was equal to or greater than $ 2,832.51. The items with an asterisk on your Account History may explain this. For further explanation, call our toll free number shown under the Contact Us section on this statement.

## Total Anticipated Annual Disbursement

These are the escrow items we anticipate to collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount paid for that item, or we may project the amount due as defined by federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| City Tax Disbursement | $238.62 | April 2021 | MIP/PMI Disbursement | $38.22 | April 2021 |
| School Tax Disbursement | $296.31 | September 2021 | MIP/PMI Disbursement | $38.22 | May 2021 |
|  |  |  | Hazard Insurance Disbursement | $1,007.00 | May 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | June 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | July 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | August 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | September 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | October 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | November 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | December 2021 |
|  |  |  | MIP/PMI Disbursement | $38.22 | January 2022 |
|  |  |  | MIP/PMI Disbursement | $38.22 | February 2022 |
|  |  |  | MIP/PMI Disbursement | $38.22 | March 2022 |

**Total Anticipated Annual Disbursement = $2,000.57**

## Account Projections

The following information covers your projected escrow account activity from 04/2021 to 03/2022. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The required Escrow Account Balance displays the amount actually required to be on hand as specified by federal law, state law, or your mortgage documents, and may include a cushion of up to one sixth of your annual disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow analysis cycle.

| Month | Projected Payments | Disbursements | | | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|---|
|  | Projected | Projected | | Description |  |  |
|  |  |  |  | Beginning Balance | $596.19 | $1,245.62 |
| April |  | $166.72 | $38.22 | MIP/PMI Disbursement | $724.69 | $1,374.12 |
| April |  |  | $238.62 | City Tax Disbursement | $486.07 | $1,135.50 |
| May | $166.72 | $38.22 | MIP/PMI Disbursement |  | $614.57 | $1,264.00 |
| May |  |  | $1,007.00 | Hazard Insurance Disbursement | $ 392.43 | $257.00 |
| June | $166.72 | $38.22 | MIP/PMI Disbursement |  | $ 263.93 | $385.50 |
| July | $166.72 | $38.22 | MIP/PMI Disbursement |  | $ 135.43 | $514.00 |
| August | $166.72 | $38.22 | MIP/PMI Disbursement |  | $ 6.93 | $642.50 |
| September | $166.72 | $38.22 | MIP/PMI Disbursement |  | $121.57 | $771.00 |
| September |  |  | $296.31 | Other Tax Disbursement | $ 174.74 | $474.69 |
| October | $166.72 | $38.22 | MIP/PMI Disbursement |  | $ 46.24 | $603.19 |
| November | $166.72 | $38.22 | MIP/PMI Disbursement |  | $82.26 | $731.69 |
| December | $166.72 | $38.22 | MIP/PMI Disbursement |  | $210.76 | $860.19 |
| January | $166.72 | $38.22 | MIP/PMI Disbursement |  | $339.26 | $988.69 |
| February | $166.72 | $38.22 | MIP/PMI Disbursement |  | $467.76 | $1,117.19 |
| March | $166.72 | $38.22 | MIP/PMI Disbursement |  | $596.26 | $1,245.69 |

Your Projected Escrow Account Balance as of 03/31/21 is $596.19. Your Required Beginning Escrow Balance according to this analysis should be $1,245.62. This means you have a shortage of $ 649.43. Per federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. **We will collect the shortage over 12 months.** Once during this period, your Required Escrow Account Balance should be reduced to $257.00, as shown in May. This amount represents the cushion selected as allowed by your mortgage contract, federal and state law.

**Balance Your Escrow Account**

Each year your account is reviewed to make sure there is enough money to pay your property taxes and/or insurance. To do that, federal law allows us to require a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. Subject to state law limits, your minimum balance normally equals the amount of your escrow payments for about two months. The payments made to and from your escrow account last year help predict your account activity for next year. Last year's activity also helps predict what your lowest account balance is likely to be. To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to deposit additional funds or if we will provide a refund.

| | |
|---:|---|
| $257.00 | Your minimum required balance |
| $ 392.43 | Your projected lowest account balance for May |
| $ 649.43 | Your escrow account surplus/shortage |